

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00247-CR

| | | |
|---|---|---|
| THE STATE OF TEXAS, Appellant | § | On Appeal from County Criminal Court No. 3 |
| | § | |
| | | of Tarrant County (1470887) |
| V. | | |
| | § | December 27, 2018 |
| | § | Opinion by Chief Justice Sudderth |
| RICHARD OPARE, Appellee | § | (p) |

## JUDGMENT ON REHEARING

After reviewing the State's motion for rehearing, we deny the motion. We withdraw our November 15, 2018 opinion and judgment and substitute the following.

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that the State of Texas shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By \_\_/s/ Bonnie Sudderth_____
Chief Justice Bonnie Sudderth